JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br>CRESTLLOYD, LLC,<br><br>Debtor and Debtor-in-Possession | Case No. 2:22-cv-02487-FLA<br><br>Chapter 11 Bankr.<br>Case No. 2:21-bk-18205-DS<br><br>**ORDER GRANTING STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023 [DKT. 12]** |
|---|---|
| CRESTLLOYD, LLC, a California Limited Liability Company,<br><br>           Appellant,<br><br>     v.<br><br>NILE NIAMI; et al.,<br><br>           Appellees. | |

1

|    |    |
|----|----|
| 1  | The court having reviewed and considered the Stipulation to Dismiss |
| 2  | Appeal Pursuant to Fed. R. Bankr. P. 8023 (the "Stipulation"), filed by the |
| 3  | Appellant Crestlloyd, LLC ("Appellant") and named Appellees Nile Niami, |
| 4  | Richard Saghian, The Beverly Hills Estates Inc., Rayni Williams, Branden |
| 5  | Williams, Aaron Kirman, Compass California, Inc., Concierge Auctions LLC, |
| 6  | Inferno Investments, Inc., Yogi Securities Holdings, LLC, Hankey Capital, LLC, |
| 7  | Hilldun Corporation, Chicago Title Company, and Chartwell Escrow |
| 8  | ("Appellees"), and for good cause appearing: |
| 9  | IT IS HEREBY ORDERED that the Stipulation is GRANTED in its |
| 10 | entirety.  The appeal is hereby dismissed without prejudice, with each side to |
| 11 | bear its own attorney's fees and costs. |
| 13 | IT IS SO ORDERED. |
| 15 | Dated:  July 20, 2022 |

FERNANDO L. AENLLE-ROCHA
United States District Judge